*sistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Morton K. Rothschild* for respondent.

No. 799. GRAYLYN BAINBRIDGE CORP. *v.* WOODS, HOUSING EXPEDITER. C. A. 8th Cir. Certiorari denied. *William G. Boatright* for petitioner. *Solicitor General Perlman, John R. Benney, Ed Dupree, Hugo V. Prucha* and *Nathan Siegel* for respondent.

No. 804. MISSOURI-KANSAS-TEXAS RAILROAD Co. *v.* UNITED STATES EX REL. DEAVERS. C. A. 5th Cir. Certiorari denied. *C. S. Burg, M. E. Clinton, Dan Moody* and *J. B. Robertson* for petitioner. *Solicitor General Perlman, Newell A. Clapp* and *Samuel D. Slade* for respondent.

No. 810. CARTER OIL Co. *v.* RAMSEY ET AL. C. A. 7th Cir. Certiorari denied. *William M. Acton* for petitioner. *Charles Wham* for respondents.

No. 818. FARMAKIS *v.* FARMAKIS ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David Rein* for petitioner. *Solicitor General Perlman* for the United States; and *Warren E. Miller* and *David S. Allshouse* for Farmakis, respondents.

No. 845. EISLER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David Rein, Abraham J. Isserman, Carol King* and *Joseph Forer* for petitioner. *Solicitor General Perlman* for the United States.